Núm. 8170.—FEDERAL LAND BANK, apldo. v. LEÓN, aplte.—C. D. Guayama. Abril 24, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, en el caso arriba expresado el apelado ha solicitado la desestimación del recurso por frívolo, fundándose en que las defensas alegadas en la acción de desahucio que motivó este recurso son insostenibles;

POR CUANTO, el apelado no ha acompañado su moción de una transcripción de evidencia o exposición del caso de la cual podamos apreciar la prueba que ante sí tuvo la corte sentenciadora;

POR CUANTO, entre las defensas alegadas por el demandado apelante se halla la de que el título del demandante es nulo por haber sido adquirido a virtud de una venta en pública subasta ordenada en un procedimiento ejecutivo, en la cual el márshal no publicó los edictos anunciando la subasta, como determina la ley;

POR CUANTO, de no haberse publicado los edictos conforme alega el demandado en su contestación, no podríamos sostener que el recurso del apelante es frívolo;

POR TANTO, se deniega la moción de desestimación sin perjuicio de que el apelado pueda reproducirla acompañando una transcrip-

ción de evidencia o exposición del caso que nos ponga en condiciones de resolver sobre la frivolidad del recurso.